IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MISTER SOFTEE, INC., MISTER SOFTEE SALES AND MANUFACTURING, LLC, and SPABO ICE CREAM CORP., <br><br> Plaintiffs, <br><br> v. <br><br> REZA AMANOLLAHI, <br><br> Defendant. | Civil Action No.: 2:14-cv-01687(KM)(MCA) |

### AFFIDAVIT OF DIMITRIOS TSIRKOS IN OPPOSITION OF PLAINTIFFS' MOTION TO HOLD DEFENDANT IN CONTEMPT

DIMITRIOS TSIRKOS, under penalty of perjury, declares as follows:

1. This declaration is based on my personal knowledge, experience as a former Mister Softee franchisee and depot owner and, if called as a witness herein, I can competently testify to the facts set forth below.

2. I make this Affidavit in opposition to Plaintiff's Motion to Hold Defendant in Contempt.

3. Contrary to any affidavits submitted by Plaintiffs, including the Affidavit of Pat Delfrancesco [Dkt. No. 54], I am the sole owner and manager of the depot located at 34-37 11th Street, Long Island City, New York 11106 (the "Tsirkos Depot").

4.      Moreover, while Mr. Amanollahi may be at the Tsirkos Depot on a regular basis, it is not on account of any sort of managerial or ownership interest.

5.      Further, it would be impossible for an individual, such as Mr. Delfrancesco, to state whether or not Mr. Amanollahi was ever present at the Tsirkos Depot because, since the beginning of 2014, Mr. Delfrancesco has only come to the Tsirkos Depot three or four times.

6.      In fact, on account of owing me in excess of $30,000, Mr. Delfrancesco is not permitted to enter or operate out of the Tsirkos Depot. I have engaged legal counsel to collect the outstanding money owed by Mr. Delfrancesco.

7.      Clearly, Mr. Delfrancesco Affidavit is <u>not</u> based on his own personal knowledge, and his Affidavit should be ignored in its entirety.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 24, 2014

_____
DIMITRIOS TSIRKOS

2